ROGERS V. HARWELL

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-040-CV

R.W. ROGERS, SR. APPELLANT

V.

LAYNE HARWELL, ET AL. APPELLEES

------------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant R.W. Rogers, Sr. appeals from the trial court’s interlocutory order denying his discovery motion.  The order is not an appealable interlocutory order.  
See
 
Tex. Civ. Prac. & Rem. Code Ann
. § 51.014 (Vernon Supp. 2004-05).  Accordingly, we dismiss the appeal for want of jurisdiction.  
See
 
Tex. R. App. P
. 42.3(a), 43.2(f); 
Stary v. DeBord
, 967 S.W.2d 352, 352-53 (Tex. 1998). 

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  April 7, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.